**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00729-CV

## IN THE INTEREST OF J.D.H., A CHILD

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2000-09806**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 23, 2019. The clerk's record was filed October 18, 2019. No reporter's record was filed. No brief was filed.

On January 14, 2020, this court issued an order stating that unless appellant filed a brief on or before February 13, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Wise and Zimmerer.